Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−30899−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
　Nilsa Lopez
　aka Nilsa Estela Lopez−Lagombra
　500 North 4th St.
　2nd Fl.
　Newark, NJ 07107

Social Security No.:
　xxx−xx−5653

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 10/28/20 at 10:00 AM

to consider and act upon the following:

*34* − Notice of Hearing for: Debtor's Objection to Trustee Certification of Default. (related document:30 Certification of Default of Standing Trustee filed by Trustee Marie−Ann Greenberg, 32 Objection to Trustee Certification of Default filed by Paola D. Vera on behalf of Nilsa Lopez. The following parties were served: Debtor, Debtor's Attorney, Trustee, and US Trustee. Hearing scheduled for 10/28/2020 at 11:00 AM at SLM − Courtroom 3A, Newark. (ntp)

Dated: 10/7/20

　　　　　　　　　　　　　　　　　　　　　Jeanne Naughton
　　　　　　　　　　　　　　　　　　　　　Clerk, U.S. Bankruptcy Court