Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  19−30899−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nilsa Lopez
   aka Nilsa Estela Lopez−Lagombra
   500 North 4th St.
   2nd Fl.
   Newark, NJ 07107

Social Security No.:
   xxx−xx−5653

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 4/28/21 at 10:00 AM

to consider and act upon the following:

*44* − Objection to Certification of Default by Trustee. filed by Paola D. Vera on behalf of Nilsa Lopez. (Vera, Paola)


Dated: 4/5/21

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court