UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

   NILSA LOPEZ

Order Filed on June 9, 2021
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

Case No.:  19-30899 SLM

Hearing Date:  6/9/2021

**INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: June 9, 2021**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s): NILSA LOPEZ

Case No.: 19-30899

Caption of Order: INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

---

THIS MATTER having come before the Court on 06/09/2021 on notice to CABANILLAS & ASSOCIATES, PC, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must pay the Trustee $6,266 and/or provide proof of funds by 6/16/2021 or the case will be dismissed with no further hearings or notice to debtor or debtor's attorney ; and it is further

- ORDERED, that if any payment is reversed for any reason, the case will be dismissed with no further hearings or notice to debtor or debtor's attorney; and it is further

- ORDERED, that the Trustee's Certification of Default will be adjourned to 6/23/2021 at 10:00 a.m.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

   NILSA LOPEZ

Case No.:  19-30899 SLM

Hearing Date:  6/9/2021

**INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

Debtor(s):  NILSA LOPEZ

Case No.:  19-30899

Caption of Order: INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

---

THIS MATTER having come before the Court on 06/09/2021 on notice to CABANILLAS & ASSOCIATES, PC, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must pay the Trustee $6,266 and/or provide proof of funds by 6/16/2021 or the case will be dismissed with no further hearings or notice to debtor or debtor's attorney ; and it is further

- ORDERED, that if any payment is reversed for any reason, the case will be dismissed with no further hearings or notice to debtor or debtor's attorney; and it is further

- ORDERED, that the Trustee's Certification of Default will be adjourned to 6/23/2021 at 10:00 a.m.