**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

Order Filed on June 24, 2021
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

IN RE:

NILSA LOPEZ

Case No.:  19-30899 SLM

Hearing Date:  6/23/2021

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

DATED: June 24, 2021

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s): NILSA LOPEZ

Case No.: 19-30899

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 06/23/2021 on notice to CABANILLAS & ASSOCIATES, PC, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must pay the Trustee $6266 and/or provide proof of funds by 7/15/2021 or the case will be dismissed with no further hearings or notice to debtor or debtor's attorney ; and it is further

- ORDERED, that the Debtor(s) must make July payment by 7/31/2021 or the case will be dismissed upon certification of the Trustee with 14 days notice to debtor(s) and debtor's attorney; and it is further

- ORDERED, that If any payment is reversed for any reason, the case will be dismissed with no further hearings or notice to debtor or debtor's attorney.